EXHIBIT "A"

# Case Summary

**Case Number:** BUR L-001685-20

**Case Caption:** Eastern Lift Truck Co Inc Vs Aluminum Shapes Llc

| | | |
|---|---|---|
| **Court:** Civil Part | **Venue:** Burlington | **Case Initiation Date:** 09/01/2020 |
| **Case Type:** Book Account (Debt Collection Matters Only) | **Case Status:** Defaulted | **Jury Demand:** None |
| **Case Track:** 1 | **Judge:** Aimee R Belgard | **Team:** 1 |
| **Original Discovery End Date:** | **Current Discovery End Date:** | **# of DED Extensions:** 0 |
| **Original Arbitration Date:** | **Current Arbitration Date:** | **# of Arb Adjournments:** 0 |
| **Original Trial Date:** | **Current Trial Date:** | **# of Trial Date Adjournments:** 0 |
| **Disposition Date:** 10/19/2020 | **Case Disposition:** Default Judgment | **Statewide Lien:** J -99950-20 |

## Plaintiffs
### Eastern Lift Truck Co Inc

| | | |
|---|---|---|
| **Party Description:** Corp | | **Attorney Name:** Robert L Saldutti |
| **Address Line 1:** 549 E Linwood Avenue | **Address Line 2:** | **Attorney Bar ID:** 006871992 |
| **City:** Maple Shade  **State:** NJ | **Zip:** 08052 | **Phone:** |

**Attorney Email:** LMARCIANO@SLGCOLLECT.COM

## Defendants
### Aluminum Shapes Llc AKA Aluminum Shapes Inc, Aluminum Shapes Rp Llc, Delair Aluminum Llc, Shapes Llc

| | | |
|---|---|---|
| **Party Description:** Corp | | **Attorney Name:** Mathieu J Shapiro |
| **Address Line 1:** | **Address Line 2:** | **Attorney Bar ID:** 048241995 |
| **City:**   **State:** NJ | **Zip:** 00000 | **Phone:** |

**Attorney Email:** MATHIEU.SHAPIRO@OBERMAYER.COM

## Case Actions

| Filed Date | Docket Text | Transaction ID | Entry Date |
|---|---|---|---|
| 09/01/2020 | Complaint for BUR-L-001685-20 submitted by SALDUTTI, ROBERT L, SALDUTTI LAW GROUP on behalf of EASTERN LIFT TRUCK CO INC. against ALUMINUM SHAPES LLC | LCV20201539765 | 09/01/2020 |
| 09/02/2020 | TRACK ASSIGNMENT Notice submitted by Case Management | LCV20201542480 | 09/02/2020 |
| 10/09/2020 | REQUEST FOR DEFAULT submitted by SALDUTTI, ROBERT, L of SALDUTTI LAW GROUP on behalf of EASTERN LIFT TRUCK CO INC against ALUMINUM SHAPES LLC | LCV20201795529 | 10/09/2020 |
| 10/09/2020 | Default has been entered against the following party/parties: ALUMINUM SHAPES LLC | LCV20201800576 | 10/09/2020 |
| 10/13/2020 | FINAL JUDGMENT BY DEFAULT submitted by SALDUTTI, ROBERT, L of SALDUTTI LAW GROUP on behalf of EASTERN LIFT TRUCK CO INC against ALUMINUM SHAPES LLC | LCV20201809071 | 10/13/2020 |
| 10/19/2020 | Default has been entered against the following party/parties: ALUMINUM SHAPES LLC | LCV20201869492 | 10/19/2020 |
| 10/19/2020 | Final Judgment By Default uploaded by Case Management Staff submitted by ROBERT L SALDUTTI | LCV20201881810 | 10/21/2020 |
| 10/19/2020 | Taxed Cost Form submitted by Court | LCV20201881931 | 10/21/2020 |
| 10/27/2020 | JUDGMENT BY DEFAULT submitted by SALDUTTI, ROBERT, L of SALDUTTI LAW GROUP on behalf of EASTERN LIFT TRUCK CO INC against ALUMINUM SHAPES LLC | LCV20201921969 | 10/27/2020 |
| 11/10/2020 | CLERK NOTICE: re: JUDGMENT BY DEFAULT [LCV20201921969] -Entered in the Records of Executions Issued in the Superior Court Clerk's Office. J 099950 20 | LCV20202025409 | 11/10/2020 |
| 12/07/2020 | WRIT OF EXECUTION submitted by SALDUTTI, ROBERT, L of SALDUTTI LAW GROUP on behalf of EASTERN LIFT TRUCK CO INC against ALUMINUM SHAPES LLC | LCV20202221391 | 12/07/2020 |
| 12/17/2020 | CLERK NOTICE: re: WRIT OF EXECUTION [LCV20202221391] -Entered in the Civil Judgment and Order Docket in the Superior Court Clerk's Office. | LCV20202298263 | 12/17/2020 |
| 12/17/2020 | Writ Of Execution submitted by Court | LCV20202298266 | 12/17/2020 |
| 08/25/2021 | NOTICE OF APPEARANCE (NOT THE FIRST PAPER) submitted by SHAPIRO, MATHIEU, J of OBERMAYER REBMANN MAXWELL & HIPPEL LLP on behalf of ALUMINUM SHAPES LLC against EASTERN LIFT TRUCK CO INC | LCV20211965190 | 08/25/2021 |
| 08/25/2021 | NOTICE OF BANKRUPTCY submitted by SHAPIRO, MATHIEU, J of OBERMAYER REBMANN MAXWELL & HIPPEL LLP on behalf of ALUMINUM SHAPES LLC against EASTERN LIFT TRUCK CO INC | LCV20211965260 | 08/25/2021 |

## STATEWIDE LIEN(S)

| Judgment Number | Case Status | Status Date |
|---|---|---|
| J -99950-20 | OPEN | 11/10/2020 |