# EXHIBIT "B"

SHERIFF #WR-21000107

Eastern Lift Truck Co., INC
VS.
Aluminum shapes LLC

**BUSINESS PROPERTY INVENTORY OF ALUMINUM SHAPES LOCATED AT:**

Aluminum Shapes
900 River Road
Pennsauken, NJ 08110

- (4) Dark Brown Wooden Desk
- (163) HP/Intel/I3/I4 Computers
- (211) Black Computer Monitors
- (9) 32-inch Flat Screen Tv's / Vizio
- (3) 50-inch Flat Screen Tv/ Samsung
- (9) Black Plastic Chairs
- (11) Black Leather Desk Chair
- (1) Black Faux Leather Ottoman
- Multiple Black/Silver Faux Leather Rolling Office Chairs
- (8) Black High-Top Stools
- (2) Black Faux Leather Couch
- (2) Black Faux Leather Sitting Chairs
- (2) Small White End Tables
- Multiple Small Glass Circle Tables
- Multiple Tan (5) Drawer Aluminum Filing Cabinets
- Multiple Black (5) Drawer Aluminum Filing Cabinets
- Multiple Tan (4) Drawer Aluminum Filing Cabinets
- Multiple Black (4) Drawer Aluminum Filing Cabinets
- Multiple Cubicles with drawers attached.
- (6) White Folding Tables
- (14) White/Black Folding Chairs
- (3) Small Marble Lunch Tables
- (8) White Lunch Chairs
- Multiple Dark Brown Wooden Office Shelving Unit
- (1) Drafting Table
- (1) Teal Sectional Couch
- Multiple White/Black L Shaped Desks

SHERIFF #WR-21000107    DEFENDANT SERVICE COPY    OFFICER:

I, Gilbert L. "Whip" Wilson, SHERIFF OF CAMDEN COUNTY, DO HEREBY ASSIGN

OFFICER T. Heyward #663 TO EXECUTE AND RETURN THE WRIT ACCORDING TO LAW

## COURT INFORMATION

COURT OF ISSUANCE: BURLINGTON COUNTY SUPERIOR COURT    BRANCH: LAW DIVISION

DOCKET #: J09995020    STATE: NJ    COUNTY OF VENUE: BURLINGTON COUNTY

nspieler

ATTORNEY:
SALDUTTI LAW GROUP
800 NORTH KINGS HIGHWAY SUITE 300
CHERRY HILL, NJ 08034

Receipt # 187978    Check # 24733    Amount $2.88

## CAPTION OF CASE

NAME: EASTERN LIFT TRUCK CO., INC.
VS. ALUMINUM SHAPES LLC A/K/A ALUMINUM SHAPES, INC. AKA ALUMINUM SHAPES RP, LLC AKA DELAIR ALUMINUM, LLC AKA SHAPES L.L.C.

## DEFENDANT OR NAMED WITHIN TO BE SERVED

NAME: ALUMINUM SHAPES LLC A/K/A ALUMINUM SHAPES, INC. AKA ALUMINUM SHAPES RP, LLC AKA DELAIR ALUMINUM, LLC AKA SHAPES L.L.C.
ADDRESS: PENNSAUKEN, NJ

PAPERS SERVED: WRIT OF EXECUTION
NOTES:

LEVY UPON: ANY AND ALL BUSINESS ASSETS AND PROPERTY INCLUDING CASH REGISTER RECEIPTS OF THE DEFENDANT ALUMINUM SHAPES LLC A/K/A ALUMINUM SHAPES, INC. AKA ALUMINUM SHAPES RP, LLC AKA DELAIR ALUMINUM, LLC AKA SHAPES L.L.C. AT THE ABOVE ADDRESS AS PER INVENTORY AND DESCRIPTION HEREIN CONTAINED; SUBJECT TO ALL PRIOR LEGAL ENCUMBRANCES; THE TOTAL AMOUNT DUE AS OF 6/9/2021; $77,835.75. INTEREST CONTINUES TO ACCRUE DAILY.

## SERVICE DATA RECORDED

☑ SERVED SUCCESSFULLY
☐ UNABLE TO SERVE    NUMBER OF ATTEMPTS 3

DATE / TIME

REMARKS: Levied upon any and all known business assets see attached inventory

COPY SERVED ON
☐ Officer
☐ Managing Agent
☐ By posting on premises
☐ Person in charge at registered office of
☐ Registered Agent
☑ Agent Authorized to Accept

Person Served: Doug Bathauer    (Title/Relationship)

☐ IS IN THE MILITARY    ☐ IS NOT IN THE MILITARY

*XAEX228860*

S/O _____ #663
SIGNATURE
SHERIFF'S OFFICER OF CAMDEN COUNTY
STATE OF NEW JERSEY

SHERIFF #: WR-21000107        DEFENDANT SEQUENCE 1 of 1

NAME: EASTERN LIFT TRUCK CO., INC. VS. ALUMINUM SHAPES LLC A/K/A ALUMINUM SHAPES, INC. AKA ALUMINUM SHAPES RP, LLC AKA DELAIR ALUMINUM, LLC AKA SHAPES L.L.C.

PERSONAL / BUSINESS PROPERTY INVENTORY OF ALUMINUM SHAPES LLC A/K/A ALUMINUM SHAPES, INC. AKA ALUMINUM SHAPES RP, LLC AKA DELAIR ALUMINUM, LLC AKA SHAPES L.L.C. LOCATED AT:

ALUMINUM SHAPES LLC A/K/A ALUMINUM SHAPES, INC. AKA ALUMINUM SHAPES RP, LLC AKA DELAIR ALUMINUM, LLC AKA SHAPES L.L.C.
9000 RIVER ROAD
PENNSAUKEN, NJ

| AMOUNT | ITEM DESCRIPTION | VALUE |
|---|---|---|
|  | See Attached Inventory |  |